```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0149--CV (RRB)
              "THE OHIO CASUALTY INS CO V DEAN ROHWER"

        Including terminated parties, excluding terminated counsel
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 06/24/05
Closed: 08/29/05

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (2) Citizen of Another State

Nature of Suit: (110) Insurance
DECLARATORY JUDGMENT -UIM COVERAGE
Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $250.00 on 06/24/05 receipt # 00126019
Trial by: Jury

---

Parties of Record:                          Counsel of Record:

---

PLF 1.1        OHIO CASUALTY INSURANCE CO, THE     James B. Friderici
                                                   Delaney Wiles et al
                                                   1007 W. 3rd Avenue, Suite 400
                                                   Anchorage, AK 99501
                                                   907-279-3581

DEF 1.1        ROHWER, DEAN                        Michael J. Schneider
                                                   Law Offices of Michael Schneider
                                                   880 N Street, Suite 202
                                                   Anchorage, AK 99501
                                                   907-277-9306
                                                   FAX 907-274-8201

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0149--CV (RRB)
                       "THE OHIO CASUALTY INS CO V DEAN ROHWER"

                               For all filing dates
```

 Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
             Filed: 06/24/05
            Closed: 08/29/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (2) Citizen of Another State

  Nature of Suit: (110) Insurance
                  DECLARATORY JUDGMENT -UIM COVERAGE
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 06/24/05 receipt # 00126019
         Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/24/05 | Complaint filed; Summons issued. |
| 1 - 2 | 06/24/05 | PLF 1 Jury Demand. |
| 2 - 1 | 07/15/05 | DEF 1 motion mot to dismiss w/att exhs. |
| 3 - 1 | 07/18/05 | PLF 1 Return of Service Executed re: DEF 1 on 6/28/05. |
| 4 - 1 | 07/27/05 | PLF 1 opposition to DEF 1 motion mot to dismiss (2-1) w/att exhs. |
| 5 - 1 | 08/02/05 | DEF 1 reply to opposition to DEF 1 motion mot to dismiss (2-1) w/att exhs. |
| 6 - 1 | 08/29/05 | RRB Order granting motion to dismiss (2-1). cc: cnsl |
| 7 - 1 | 08/31/05 | RRB Judgment re action is dsmssd. cc: cnsl, O&J 11863 |